IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| YELLOWSTONE RIVER EQUIPMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NO CREDIT CK, LLC,<br><br>Defendant. | CV 24-121-BLG-TJC<br><br><br>**ORDER** |

On November 7, 2025, the Court issued an Order granting Defendant's Motion to Dismiss for Lack of Jurisdiction, without prejudice and with leave to amend. (Doc. 23.) Plaintiff was given 30 days within which to file an amended complaint to cure the deficiencies outlined in the dismissal order. Plaintiff was advised that if no amended complaint was filed within that time, the Clerk would be directed to close the case. More than 30 days have passed since issuance of the Order, and Plaintiff has not filed an amended complaint.

Accordingly, IT IS ORDERED that the Clerk of Court is directed to close this case.

DATED this 15th day of December, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1